IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMES BROWN                                                                                        PLAINTIFF

V.                                                            CIVIL ACTION NO. 1:14-CV-00191-SA-DAS

EAGLE WORLDWIDE TRANSPORTATION, LLC,
EXPRESS AMERICA TRUCKING, INC.,
JAVITS PERRY, and FRANKIE E. GARRISON                                            DEFENDANTS

## ORDER OF REMAND

Pursuant to Plaintiff James Brown [36] and Defendant Eagle Worldwide Transportation, LLC's [38] Responses to the Court's Order to Show Cause, the parties have agreed that Defendants are non-diverse due to the addition of Defendant Frankie E. Garrison, a Mississippi citizen. Therefore, diversity jurisdiction does not exist, and this case is REMANDED to the Circuit Court of Lee County, Mississippi.

SO ORDERED on this, the 16th day of July, 2015.

                                                    /s/ Sharion Aycock
                                                  **U.S. DISTRICT JUDGE**